Raul HERRERA, Plaintiff–Appellant,

v.

Abel VILLALOBOS, Defendant–Appellee.

No. 05–10668.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 2, 2006.

Raul Herrera, Iowa Park, TX, pro se.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Raul Herrera, Texas prisoner # 585739, appeals the dismissal of his 42 U.S.C. § 1983 complaint as frivolous. In his complaint, Herrera alleged that the defendant falsely accused Herrera of being in a prison gang, which resulted in Herrera's confinement in administrative segregation. Herrera argues that his confinement in administrative segregation violates his rights under the First, Eighth, and Fourteenth Amendments. Herrera has demonstrated neither that his constitutional rights were violated nor that the district court's dismissal of his complaint was an abuse of discretion. *See Turner v. Safley*, 482 U.S. 78, 89–90, 107 S.Ct. 2254, 96 L.Ed.2d 64 (1987); *Martin v. Scott*, 156

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

F.3d 578, 579 (5th Cir.1998); *Siglar v. Hightower*, 112 F.3d 191, 193 (5th Cir. 1997); *Pichardo v. Kinker*, 73 F.3d 612, 613 (5th Cir.1996). The judgment of the district court is AFFIRMED.